UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br><br>3:25-cv-01347 |

## ORDER

The Clerk shall file on the docket in this case the following documents from Case No. 3:23-md-3071:

    Doc. No. 685
    Doc. No. 686
    Doc. No. 687
    Doc. No. 688
    Doc. No. 689
    Doc. No. 690
    Doc. No. 691
    Doc. No. 814
    Doc. No. 815
    Doc. No. 816
    Doc. No. 818
    Doc. No. 828

These Orders will govern the progression of this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE