# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) ) ) ) ) ) ) | Case No. 3:23-md-03071 MDL No. 3071  THIS DOCUMENT RELATES TO: ALL CASES |

## ORDER

Based upon the Joint Status Report (Doc. No. 1375) the status conference set for Friday, March 13, 2026, is CANCELLED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE