**Notice of Appeal to a Court of Appeals From an Appealable Order of a District Court**

United States District Court for the Middle
District of Tennessee Nashville Division
Docket Number 3:23-md-03071

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Notice of Appeal |

Attorneys General of the District of Columbia, Kentucky, Maryland, New Jersey, and Washington ("State AGs") appeal to the United States Court of Appeals for the Sixth Circuit from the injunction contained in the preliminary settlement approval orders entered on May 22, 2026 (Dkt. Nos. 1406–07). The district court extended the deadline for State AGs to appeal these orders to July 22, 2026 (Dkt. No. 1439). The State AGs also appeal the order denying the State AGs' motion to intervene and to clarify or modify the preliminary approval order, entered on July 16, 2026 (Dkt. No. 1463).

July 21, 2026

Respectfully submitted,

*/s/ John Spragens*
John Spragens (Bar No. 031445)
**SPRAGENS LAW PLC**
915 Rep. John Lewis Way S., Ste. 100
Nashville, TN 37203
(615) 983-8533
john@spragenslaw.com

*Attorney for the District of Columbia*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General
Public Advocacy Division

BETH MELLEN
WILLIAM STEPHENS
Assistant Deputy Attorneys General
Public Advocacy Division

Adam Gitlin (D.C. Bar 90004308)
Adam.Gitlin@dc.gov
Mehreen Imtiaz (D.C. Bar 1030205)
Mehreen.Imtiaz@dc.gov
Ashley Walters (D.C. Bar 1632195)
Ashley.Walters@dc.gov
Public Advocacy Division
OFFICE OF THE ATTORNEY GENERAL FOR
THE DISTRICT OF COLUMBIA
400 6th St. NW, 10th Floor
Washington, D.C. 20001
(202) 442-9864

ANTHONY G. BROWN
ATTORNEY GENERAL OF MARYLAND

Schonette J. Walker (MD Attorney No.
0522900098)
Assistant Attorney General
Chief, Antitrust Division
Melissa L. English (MD Attorney No. 1512140006)
Deputy Division Chief
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6470
swalker@oag.maryland.gov
menglish@oag.maryland.gov

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

Brian F. McDonough (NJ Attorney ID 026121980)
Assistant Attorney General
Brian.McDonough@law.njoag.gov

David Reichenberg (NJ Attorney ID 507282024)
Deputy Attorney General
Section Chief, Antitrust Section
David.Reichenberg@law.njoag.gov

Jesse J. Sierant (NJ Attorney ID 049342013)
Deputy Attorney General
Section Chief, Consumer Fraud Prosecution Section
Jesse.Sierant@law.njoag.gov

Douglas T. Post (NJ Attorney ID 405852022)
Deputy Attorney General
Antitrust Section
Douglas.Post@law.njoag.gov

New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: 973-504-6200

Emmy L. Levens
Robert A. Braun
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Avenue NW, Suite 800
Washington, DC 20005
(202) 408-4600
elevens@cohenmilstein.com
rbraun@cohenmilstein.com

Aaron J. Marks
COHEN MILSTEIN SELLERS & TOLL LLP
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797
amarks@cohenmilstein.com

*Counsel for the District of Columbia, the State of Maryland, and the State of New Jersey*

RUSSELL COLEMAN
Attorney General of Kentucky

JONATHAN E. FARMER
1024 Capital Center Drive, Suite 200

Frankfort, KY 40601
(502) 696-5448
Jonathan.Farmer@ky.gov

*Counsel for the Commonwealth of Kentucky*

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Brooke Howlett Lovrovich*
BROOKE HOWLETT LOVROVICH
(Tennessee Bar No. 036832)
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Brooke.Lovrovich@atg.wa.gov

*Counsel for the State of Washington*