**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | )<br>)<br>)<br>)<br>) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES |

## ORDER

Plaintiffs in <u>Conway v. RealPage, Inc., et al.</u>, No. 4:25-cv-04980 (S.D. Tex) have filed a notice of voluntary dismissal (Doc. No. 1470) seeking to dismiss with prejudice all claims against Defendant LivCor, LLC, while leaving their claims against all other Defendants pending. Although the notice invokes Federal Rule of Civil Procedure 41(a)(1)(A)(i), that rule governs dismissal of an action, not dismissal of fewer than all defendants. The Court therefore construes the notice as a request to drop LivCor, LLC under Federal Rule of Civil Procedure 21.

The Court finds that the interests of justice support dropping LivCor, LLC from the <u>Conway</u> action as requested, given the potential for increasing judicial efficiency and the lack of objection. <u>See</u> Fed. R. Civ. P. 21; <u>Doe v. JRD P'Ship</u>, No. 3:23-CV-00928, 2023 WL 12257200, at *1 (M.D. Tenn. Dec. 15, 2023). Accordingly, all claims asserted by the <u>Conway</u> Plaintiffs against LivCor, LLC are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE